IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:09cr6-LRA-DCB

CLARENCE BLEVINS

## ORDER DISMISSING INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government respectfully moves the Court to dismiss the indictment, without prejudice, in the above styled and numbered cause.

STAN HARRIS
Acting United States Attorney

Dated June 30, 2009   By:   *Patrick A. Lemon*
Patrick A. Lemon
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the indictment.

ORDERED this the  29th  day of June, 2009.

  s/ David Bramlette
UNITED STATES DISTRICT JUDGE