IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                         CRIMINAL NO. 5:09cr6DCB-JCS

CLARENCE BLEVINS

ADMINISTRATIVE ORDER

On March 19, 2009, the United States obtained a Criminal Complaint against this defendant (3:09mj127 LRA). The grand jury returned an indictment against this defendant on April 8, 2009 and the Clerk of this Court assigned it the above styled criminal number. The United States dismissed the indictment in the above styled number, therefore, closing the case and number in the ECF system of this Court. On June 30, 2009, prior to dismissing the indictment, the United States obtained a second Criminal Complaint against this defendant (3:09mj574 JCS). The grand jury then returned a second indictment against this defendant on July 21, 2009. Due to an incorrect criminal complaint number being referenced on the criminal case cover sheet filed with the Clerk of Court, as well as a designation of First Superseding Indictment on the face of the indictment, the Clerk of Court assigned this case the same criminal number as was assigned to the previously dismissed case. Based on the foregoing, IT IS ORDERED that the indictment returned by the Grand Jury on July 21, 2009 be given a new criminal number which should be connected in the ECF system to the Criminal Complaint obtained on June 30, 2009 with number 3:09mj574 JCS.

SO ORDERED, this the 27th day of July, 2009.

                                                                s/David Bramlette
                                                                DAVID BRAMLETTE, III
                                                                SENIOR U.S. DISTRICT JUDGE